UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

(1) RICHARD LUCKETT, on behalf of
himself and others similarly situated,

                Plaintiff,

                v.

(1) CALDWELL TRANSPORT
COMPANY, LLC,
(2) TRAVIS ROBBINS,
(3) DAVID BEMIS,

                Defendants

Civil Action No. 17-934-W

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

All settlement funds in this matter have been distributed to Plaintiff and Opt-in

Plaintiffs.  Pursuant to the Court-approved settlement in this matter, the Parties now

hereby stipulate to dismissal of all Plaintiff's and Opt-in Plaintiffs' claims in this Action

with prejudice, with each side to bear its own costs and attorney's fees.

Dated: February 8, 2023

1

*/s/ Matthew Thomson*_____
Harold L. Lichten, pro hac vice
Matthew Thomson, pro hac vice
Lichten & Liss-Riordan,
P.C. 729 Boylston Street,
Suite 2000
Boston, MA 02116

AND

Jeff A. Taylor, OBA # 17210
The Offices at Deep Ford
Creek 5613 N. Classen Blvd.
Oklahoma City, Oklahoma
73118 Tel: 405-286-1600
Fax: 405-842-6132


*Counsel for Plaintiffs*

*/s/ Elaine R. Turner*_____
Elaine R. Turner, OBA #13082
**HALL, ESTILL, HARDWICK,
GABLE, GOLDEN & NELSON, P.C.**
100 North Broadway, Suite 2900
Oklahoma City, OK 73102-8865
Telephone (405) 553-2828
Facsimile (405) 553-2855

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2023, the forgoing document was filed with the Court through the Court's CM/ECF System, and electronic notice of such filing has been sent to all counsel of record.

*/s/ Matthew Thomson*_____
Matthew Thomson
